10/11/2007 THU 15:33  FAX 765 832 5238 White Construction Inc.                          ☒002/002
    10-10-'07 03:19  FROM-                                                T-388  P002/002 F-400

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM C. LIGETTI and SCOTT MALLEY, on )
behalf of the TRUSTEES OF THE IRON )
WORKERS WELFARE PLAN OF WESTERN )
PENNSYLVANIA, IRON WORKERS OF )
WESTERN PENNSYLVANIA PENSION PLAN )
AND THE IRON WORKERS OF WESTERN )
PENNSYLVANIA PROFIT SHARING PLAN, and )
as agents for THE IRONWORKER EMPLOYERS )
ASSOCIATION OF WESTERN PENNSYLVANIA, )
INC., THE INTERNATIONAL ASSOCIATION OF )
BRIDGE, STRUCTURAL AND ORNAMENTAL )
IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO )
                                          )
              Plaintiffs,                 )
                                          )
      vs.                                 )  Civil Action No. 07-0864
                                          )
WHITE CONSTRUCTION, INC.,                 )
                                          )
              Defendant.                  )

### STIPULATION FOR EXTENSION OF TIME

The undersigned hereby stipulate that Defendant in the above-captioned matter shall have an extension of time until November 11, 2007 to file an Answer to Plaintiffs' Complaint in Civil Action. Defendant has agreed to this Stipulation via telephone.

DATED this 10th day of October, 2007.

WHITE CONSTRUCTION, INC.                           TUCKER ARENSBERG, P.C.

By _____                           _____
Name:  Martin J Russell                            Jeffrey J. Leech, Esquire
Title:  Controller                                 PA I.D. No. 19814
                                                   Neil J. Gregorio, Esquire
                                                   PA I.D. No. 90859
                                                   Attorneys for Plaintiff
                                                   1500 One PPG Place
                                                   Pittsburgh, PA 15222

LIT:423924-1 002845-000358      SO ORDERED, this 12th day of October, 2007.
                                THERE SHALL BE NO FURTHER EXTENSION GRANTED.

                                _____
                                Gary L. Lancaster, U.S. District Judge