

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. LIGETTI and SCOTT MALLEY, on behalf of the TRUSTEES OF THE IRON WORKERS WELFARE PLAN OF WESTERN PENNSYLVANIA, IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN AND THE IRON WORKERS OF WESTERN PENNSYLVANIA PROFIT SHARING PLAN, and as agents for THE IRONWORKER EMPLOYERS ASSOCIATION OF WESTERN PENNSYLVANIA, INC., THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO )<br><br>Plaintiffs,<br><br>vs.<br><br>WHITE CONSTRUCTION, INC.,<br><br>Defendant. | Civil Action No. 07-0864 |

**ORDER OF COURT**

AND NOW, this 29th day of Oct, 2007 after consideration of Plaintiff's Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, White Construction, Inc.

_____
United States District Judge

LIT:428671-1